UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

Dennis Nelson                              94-80694

(Enter above the full name of the plaintiff          (Inmate Reg. # of each Plaintiff)
or plaintiffs in this action).

**VERSUS**                                  CIVIL ACTION NO. 2:10-cv-1414
                                            (Number to be assigned by Court)

Sharlotte Mason

Roy Mason

Julie Mason

Adopted Family

(Enter above the full name of the defendant
or defendants in this action)

FILED
DEC 27 2010
TERESA L. DE___ H. CLERK
U.S. District Court
Southern District of West Virginia

## COMPLAINT

I.  **Previous Lawsuits**

    A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

              Yes _____      No __X__

1

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

    1. Parties to this previous lawsuit:

       Plaintiffs: _____

       _____

       _____

       Defendants: _____

       _____

       _____

    2. Court (if federal court, name the district; if state court, name the county);

       _____

       _____

    3. Docket Number: _____

    4. Name of judge to whom case was assigned:

       _____

    5. Disposition (for example: Was the case dismissed?  Was it appealed? Is it still pending?

       _____

       _____

    6. Approximate date of filing lawsuit: _____

    7. Approximate date of disposition: _____

II. **Place of Present Confinement:** Marcy Corr. Facility

    A. Is there a prisoner grievance procedure in this institution?

        Yes _____ No __X__

    B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

        Yes _____ No __X__

    C. If you answer is YES:

        1. What steps did you take? _____

        2. What was the result? _____

    D. If your answer is NO, explain why not: Because this is not a Lawsuite this is for ~~Adoptiosing the~~ Adopting me.

III. **Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

    A. Name of Plaintiff: Dennis Nelson

       Address: Old River Rd M.C.F

    B. Additional Plaintiff(s) and Address(es): _____

Marcy, NY 13403

3

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant: _____

   is employed as: _____

   at _____

D. Additional defendants: _____

   _____

   _____

   _____

IV. **Statement of Claim**

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

This is NOT A Lawsuite This is To Find some-one That will Adopt Me Beccuse I Do not Have Any Family But shaRLotte MASON, Roy MASON And Julie MASON AS my-step-sister.

4

IV. **Statement of Claim (continued):**

The only thing I want for a claim is to have a family to take care of me well I'm in prison. Because These people I have asked them to adopt me but we Did not know How to go Through the court's to do so! And put me in a prison down by them.

V. **Relief**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

The Relief I'm asking for is to be Put in a state correctional Facility Down By My Adopted Family : sharLotte Mason
1147 Mt Libert Hill Rd
Coxs Mills WV 26342
That all I am asking for I have been writting Her for 15 years Now It's Time To Be

5

V.  Relief (continued)):

A Family I Don't care for Any one elso sepet Her & Roy & Julie I Love Them Very Much And I need A Family mine Post Away when I was Born

**VII.  Counsel**

    A.  If someone other than a lawyer is assisting you in preparing this case, state the person's name:  NO - ONE

    B.  Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

        Yes _____   No __X__

    If so, state the name(s) and address(es) of each lawyer contacted:

    If not, state your reasons: Because I Don't Know who to contacte to Help me

    C.  Have you previously had a lawyer representing you in a civil action in this court?

        Yes _____   No __X__

If so, state the lawyer's name and address:

_____

_____


Signed this **FRI** day of **Nov 5TH**, 20**10**.

*Dennis Nilton* (signature)

PO Box 3600
Old River Rd
Marcy, NY 13403-3600

Signature of Plaintiff or Plaintiffs


I declare under penalty of perjury that the foregoing is true and correct.

Executed on **Saturday 6TH 2010**.
(Date)

*Dennis Nilton* (signature)

Signature of Movant/Plaintiff


**THERE IS NONE**

Signature of Attorney
(if any)

7

**MARCY CORRECTIONAL FACILITY**
BOX 3600 /old River Rd
MARCY, N.Y. 13403-3600

NAME: Dennis Nelson   DIN: 94B0694



MARCY CORRECTIONAL FACILITY

047J82010343
$00.61⁰
12/22/2010
Mailed From 13403
US POSTAGE
Neopost

West Virginia Southern District court
District clerk office Rm 2400
300 Virginia Street East
Charleston, WV 25301

Legal mail Adoption papers